Núm. 8012.—PUEBLO, apldo. *v.* RIVERA, aplte.—C. D. San Juan. Febrero 16, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Visto el presente recurso con la asistencia de ambas partes, tratándose como se trata de una supuesta violación del artículo 7 de la Ley núm. 14 aprobada en 8 de julio de 1936, no alegándose en la acusación la residencia o pueblo de la acusada donde venía ésta obligada a registrar el arma, omisión que hace a dicha acusación fatalmente defectuosa, como ya ha sido resuelto por este tribunal

en varios casos, entre otros, el de *Pueblo* v. *Díaz Ocasio*, criminal núm. 7478, 55 D.P.R. 629 y atendida la conformidad del Fiscal de esta corte, se revoca la sentencia dictada por la Corte de Distrito de San Juan en mayo 31, 1939, y se absuelve a la acusada.